FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No.: 13MJ3193
                Plaintiff,          )
                                    )
         vs.                        )   ORDER OF DETENTION AFTER HEARING
                                    )   [Fed.R.Crim.P. 32.1(a)(6);
                                    )    18 U.S.C. 3143(a)]
                                    )
                                    )
                Defendant.          )
                                    )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____

1 _____

2 _____

3 _____

4      and/or

5  B.     ( )   The defendant has not met his/her burden of establishing by

6      clear and convincing evidence that he/she is not likely to pose

7      a danger to the safety of any other person or the community if

8      released under 18 U.S.C. § 3142(b) or (c). This finding is based

9      on:_____

10 _____

11 _____

12 _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: ___12/12/13___

18

19

20      _____
        UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2